RUTHERFORD NATIONAL BANK, Appellant, *v.* ANTONIO MANNIELLO, Respondent.

(Argued January 16, 1935; decided February 26, 1935.)

*Louis J. Felstiner* and *William O. Robertson* for appellant.

*Anthony P. Ruffalo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.